# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 121 EAL 2016

               Respondent        :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court

          v.               :

MARK P. WILLIAMS,               :

                Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.